[362 N.C. 168 (2008)]

IN THE MATTER OF J.E. AND Q.D.

No. 297A07

(Filed 25 January 2008)

**Termination of Parental Rights— guardian ad litem represen-
tation—termination hearing but not prior hearings**

    The decision of the Court of Appeals reversing an order ter-
minating respondent's parental rights in her two children is
reversed for the reason stated in the dissenting opinion that an
order terminating parental rights should be affirmed when both
children were represented by a guardian ad litem at the termina-
tion hearing but were unrepresented during some prior hearings
not on direct appeal to the Court of Appeals.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a
divided panel of the Court of Appeals, 183 N.C. App. 217, 644 S.E.2d
28 (2007), reversing an order entered on 19 December 2005 by Judge
Regan A. Miller in District Court, Mecklenburg County. Heard in the
Supreme Court 11 December 2007.

*North Carolina Guardian ad Litem Program, by Pamela Newell
Williams, Appellate Coordinator, and Matt McKay, Attorney
Advocate, for appellant Guardian ad Litem; and Mecklenburg
County Attorney's Office, by Twyla H. George, for petitioner-
appellant Mecklenburg County Department of Social Services.*

*Betsy J. Wolfenden for respondent-appellee mother.*

PER CURIAM.

    For the reasons stated in the dissenting opinion, the decision
of the Court of Appeals is reversed and that court is instructed to
reinstate the order of the trial court terminating respondent's
parental rights.

REVERSED.